UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE ALLEN,

    Plaintiff,

  v.

JOHN DOE, et al.,

    Defendants.

Case No. 20-cv-05828-WHO (PR)

**ORDER OF TRANSFER**

The claims plaintiff Michael De Wayne Allen raises in this federal civil rights action arise from events that occurred in Los Angeles, which lies in the Central District of California. Accordingly, this federal suit is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 26, 2020



WILLIAM H. ORRICK
United States District Judge